**RESTMEYER v. STATE.**

No. 26966.

Court of Criminal Appeals of Texas.

April 28, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This purports to be an appeal from a conviction for driving a motor vehicle while intoxicated upon a public highway, with punishment assessed at a fine of $50 and ten days in jail.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In the absence of a notice of appeal the jurisdiction of this court does not attach.

The appeal is accordingly dismissed.

Opinion approved by the Court.